

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Brian Farrell and Christine Farrell,

\* From the 91st District Court of Eastland County, Trial Court No. 25-067-DCCV-47500.

Vs. No. 11-25-00220-CV

\* January 8, 2026

North Star Trust, Lana Strissel, Trustee,

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.